Case 4:22-cv-02572   Document 102   Filed on 09/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLY ELAINE SLAYTON, SPN # 03078865, | § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 4:22-2572 |
| JAYNEQUKIA LAWRENCE, | | |
| Defendant. | | |

## ORDER

The Court **ORDERS** the parties to appear for a remote conference on **October 21, 2025**, at **2:00 p.m.** The parties should be prepared to address discovery and any other issues requiring the Court's attention, as well as scheduling deadlines for this litigation. Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:

https://www.zoomgov.com/j/1611067567?pwd=Q1MUzkWdbMk69xm7Gcj5y2KvOaQwf6.1
Meeting phone number: 1−669−254−5252
Meeting ID: 161 106 7567
Meeting Password: 816265

The Court further **ORDERS** the parties to confer and submit an agreed proposed Docket Control Order on or before Friday, October 17, 2025. A form order is available in Judge Hanks' procedures on the Southern District of Texas' website.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on September 10, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE