SHOOK HARDY & BACON

August 10, 2026

The Honorable George C. Hanks Jr.
Southern District of Texas
515 Rusk, 11th Floor
Houston, Texas 77002

Megan J. Mitchell

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**d** 713.546.5604
**f** 713.227.9508
mjmitchell@shb.com

Re: *Slayton v. Lawrence, et al.*
Civil Action No. 4:22-cv-02572

Dear Judge Hanks:

This letter is being jointly submitted following the August 7, 2026, hearing to resolve the dispute over the redacted Harris Health Mental Health and IDD medical records. The Parties write to advise the Court that the discovery dispute described at the hearing is being worked out between the parties, to avoid the need for burdening the Court with an *in camera* review.

The parties remain in agreement regarding the proposed modification of the scheduling order previously submitted to the Court at ECF No. 136-1.

The parties thank the Court for its attention to this matter and are available at the Court's convenience should any questions remain.

Respectfully submitted,

Megan Mitchell

Megan Janeé Mitchell
Counsel for Plaintiff